Joseph J. Broadbent
3060 Herald Dr.
Las Vegas, NV 89121
(702) 289-4374

In The US District Court
District of Nevada, Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101
(702) 464-5400

Joseph J. Broadbent, an individual )
    and all others similarly situated, )
        )
    Plaintiffs, )
        )
v. )    **FEDERAL CASE NUMBER**
        )
        )
        )
        )    **2:07-cv-00541-RLH-LRL**
        )
Source One Mortgage, an enterprise )
    affecting interstate commerce, )
        )
Tamiko Horitio, an individual predicate )
    actor in schemes violating )
    federal laws providing that fraud )
    and extortion are malum in se )
    offenses, )
        )
HSBC BANK, USA, NA , an enterprise )
    affecting interstate commerce, )
        )
Robb Bourne, an individual predicate )
    Actor in schemes violating )
    Federal laws providing that fraud )
    and extortion are malum in se )
    offenses, )
        )
First American Lenders Advantage, an enterprise )
**LoanStar Mortgagee Servicies, L.L.C.** )
    Affecting interstate commerce, )
        )
Ric Juarez, an individual predicate )
    actor in schemes violating )
    federal laws providing that fraud )
    and extortion are malum in se )
    offenses, )
        )
        )
Cooper Castle Law Firm LLP, an enterprise )
    affecting interstate commerce, )

)

Stephanie Cooper Herdman, an individual predicate )
     actor in schemes violating     )
     federal laws providing that fraud     )
     and extortion are malum in se     )
     offenses,     )
     )
Gary Wilson,     )
     an enterprise affecting interstate commerce, )
     )
D. Scott McWilliams,     )
     an individual predicate actor in     )
     schemes violating federal laws providing     )
     that fraud and extortion are malum in se     )
     offenses,     )
     )
C. Phillip Cordero,     )
     an individual predicate actor in     )
     schemes violating federal laws providing     )
     that fraud and extortion are malum in se     )
     offenses,     )
     )
Clark County Legal Services Program, Inc.  )
     an enterprise affecting interstate commerce, )
     )
Robert Fleming     )
     an individual predicate     )
     actor in schemes violating     )
     federal laws providing that fraud     )
     and extortion are malum in se     )
     offenses,     )
     )
Robert E. Weiss Inc.     .   )
     an enterprise affecting interstate commerce, )
     )
Edward A. Treder     )
     an individual predicate     )
     actor in schemes violating     )
     federal laws providing that fraud     )
     and extortion are malum in se     )
     offenses,     )
     )
First American Title Insurance Company  )
     an enterprise affecting interstate commerce, )

Wendy Randall                                                    )
    an individual predicate                                     )
    actor in schemes violating                                  )
    federal laws providing that fraud                           )
    and extortion are malum in se                               )
    offenses,                                                   )
                                                                )
William D. Jansen, a public official, records                    )
    verify, aids and abets schemes of                           )
    fraud and extortion,                                        )
                                                                )
Angela Wilcox, a public official, records                        )
    verify, aids and abets schemes of                           )
    fraud and extortion,                                        )
                                                                )
Frances Deane, a public official, records                        )
    verify, aids and abets schemes of                           )
    fraud and extortion,                                        )
                                                                )
                                                                )
Richard Korbel, a public official, records                       )
    verify, aids and abets schemes of                           )
    fraud and extortion,                                        )
                                                                )
John and Jane Doe's 1-99                                         )
                                                                )
    Defendants.                                                 )

### Petition, complaint, and claim under authority of 18 USC 1964(a)
Subject matter jurisdictional statement

FEDERAL QUESTION JURISDICTION: 28 USC § 1331: The Federal District Court has subject matter jurisdiction to consider this claim under authority of 18 USC 1964(a) and by virtue of sufficient pleadings clearly articulating violations of 18 USC 1961 & 1962. The violations are pled with particularity infra. Furthermore, the clear face of this record shows the claims of Joseph J. Broadbent in harmony with Attick v. Valeria Associates, L.P., S.D. N.Y. 1992, 835 F. Supp. 103, Avirgan v. Hull, C.A. 11 (Fla.) 1991, 932 F.2d 1572, Yellow Bus Lines, Inc. v. Drivers, Chauffeurs & Helpers Local Union 639, C.A.D.C. 1990, 913 F.2d 948, 286 U.S. App. D.C. 182, certiorari denied 111 S.Ct. 2839, 501 U.S. 1222, 115 L.Ed. 2d 1007, Hecht v. Commerce Clearing House, Inc. C.A. 2 (N.Y.) 1990, 897 F.2d 21, 100 A.L.R. Fed. 655, Standard Chlorine of Delaware, Inc. v. Sinibaldi, D.Del. 1992, 821 F. Supp. 232, Jordan v. Herman, F.D. Pa. 1992, 792 F. Supp. 380, Nassau-Suffolk Ice Cream, Inc. v. Integrated Resources, Inc. S.D.N.Y. 1987, 114 F.R.D. 684, Polletier v. Zweifel, C.A. 11 (Ga.) 1991, 921 F.2d 1465, rehearing denied 931 F.2d 901, certiorari denied 112 S.Ct. 167, 502 U.S. 855, 116 L.Ed. 131, Khurana v. Innovative Heath Care Systems, Inc. , C.A. 5 (La.) 1997, 130 F.3d 143, vacated 119 S.Ct.

442, 525 U.S. 979, 142 L.Ed. 2d 397, on remand 164 F.3d 900, In re American Honda Motor Co., Inc. Dealership Relations Litigation, D.Md. 1996, 941 F.Supp. 528, Red Ball Interior Demolition Corp. v. Palmadessa, S.D.N.Y. 1995, 908 F.Supp. 1226, Protter v. Nathan's Famous Systems, Inc. E.D. N.Y. 1995, 904 F.Supp. 101, Prudential Ins. Co. of America v. U.S. Gypsum Co. D.N.J. 1993, 828 F.Supp. 287, and Compagnie de Reassuarance D'lle de France v. New England Reinsurance Corp. D. Mass. 1993, 825 F.Supp. 370.

Statement of in personum jurisdiction

HSBC BANK, USA, NA, is an enterprise affecting interstate commerce. HSBC BANK, USA, NA, C/o CHASE HOME FINANCE, LLC operates from 10790 Rancho Bernardo Drive San Diego, CA 92127 in HSBC BANK, USA, NA, C/o CHASE HOME FINANCE, LLC 10790 Rancho Bernardo Drive San Diego, CA 92127. Stephanie L. Cooper, Esq, located at The Cooper Castle Law Firm, LLP, 820 S. Valley View Blvd, in Las Vegas, Nevada 89107 is a local facilitator of fraud and extortion for HSBC BANK, USA, NA, Stephanie L. Cooper, Esq, is a member of the enterprise, The Cooper Castle Law Firm, LLP, William D. Jansen aided and abetted The Cooper Castle Law Firm, LLP, and Stephanie L. Cooper's violations of 18 USC 1961 & 1962.

## Statement of venue

Venue is appropriate in the U.S. District Court District of Nevada, Las Vegas as the predicate acts of fraud and extortion committed by and Stephanie L. Cooper occurred in the U.S. District Court District of Nevada, Las Vegas.

## Theory of the case

HSBC BANK, USA, NA, C/o CHASE HOME FINANCE, LLC and Stephanie L. Cooper are engaged in the debt collection fraud racket. HOW THE DEBT COLLECTION FRAUD RACKET WORKS: The Cooper Castle Law Firm, LLP is a sublet of the debt collection racket, a wide-spread, far-reaching scam composed of artists such as, Stephanie L. Cooper et al. How the scam works: In a back room of the Chicago Board of Trade, worthless bundles of commercial paper in the form of copies of charged off debt are sold at auction or from "debt purchasing" organizations such as Collins Financial Services, Inc., a.k.a. mailto:sales@cfsi.net, Money World Network, foreclosurestore.com, charge off clearing house.com, and mailto:loans@money-finance.us. Actors such as Stephanie L. Cooper can also rely on such resources as collection industry.com. The typical face value of the bundles often amounts to tens of millions of dollars. The original makers of the loans including mortgagees and credit card debt are rarely harmed because they most often have hypothecated the loan and have risked nothing. Actors up line from such artists as Stephanie L. Cooper then break apart the bundles and resell the worthless commercial paper in clusters based on who the original creditor is and what the geographic location of the

origin of the individual copies. Actors such as Stephanie L. Cooper are the actual "end user" holders in due course although typically in the scam, artists such as the Cooper Castle Law Firm, LLP invest as little as 75 cents on the hundred dollar face amount for the worthless commercial paper, then they allege they are third party debt collectors attempting to collect for the original maker of the loan. Enterprises such as Cooper Castle Law Firm, LLP, in turn, mark up the worthless commercial paper and resell to actors such as Stephanie L. Cooper, who, for a very small investment, use threat, coercion, intimidation, and deception to defraud and extort money and property from parties such as Joseph J. Broadbent. Whenever necessary, scam artists such as Stephanie L. Cooper, subject parties such as Joseph J. Broadbent to sham legal proceedings where:
(1) Standing to sue in the respective state court is never proved,
(2) Standing to sue as a bona fide holder-in-due-course is never proved,
(3) Corporate charter authority to make consumer loans is never proved,
(4) Corporate charter authority to sue for damages on consumer loans is never proved,
(5) Damages in fact are never proved, and
(6) Delegation of authority from enterprises such as HSBC to predicate actors such as
Stephanie L. Cooper is never proved.

When defendants raise any defense whatsoever, they are forced into submission by judicial tyranny from judges such as William D. Jansen, who either are or pretend to be, absolutely "clueless." In this instant case, Jansen is either "on the take" receiving kickbacks and bribes from Cooper, or Jansen lacks both the ethical and professional integrity to make decisions affecting other people's lives. This racket is particularly heinous in the case of credit card contracts, which as a continuing series of offers to contract, are non-transferable. The scam is complete when artists such as Stephanie L. Cooper, with the cooperation of bad character, bad behavior public servants like William D. Jansen, defraud parties such as Joeseph J. Broadbent.

## FIRST PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

On April 29th, 2005 Source One Mortgage, Tamiko Horitio and Kaysey Chapman predicate actor's, filed a fraudulent security instrument that fraudulently claimed that Joseph J. Broadbent was indebted to in a sum in excess of One Hundred Eighty thousand dollars. Tamiko Horitio and Kaysey Chapman Concisely, advanced a writing which Tamiko Horitio and Kaysey Chapman knew was false, with the intention that Joseph J. Broadbent rely on the fraud to Joseph J. Broadbent's detriment. Tamiko Horitio and Kaysey Chapman's fraudulent claim was urged under color of an official right. A jury shall determine that Tamiko Horitio and Kaysey Chapman absolutely violated 18 USC 1961 & 1962 by the fraud and extortion which occurred on April 29th, 2005 at 7:30 A.M

## SECOND PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

June 30th, 2006, Robert E. Weiss Inc., predicate actor Robert E Weiss, Cris A Klingerman, Edward A. Treder, and James T. Lee again filed a fraudulent security

instrument that fraudulently claimed that Joseph Broadbent was indebted to LoanStar Mortgagee Services, LLC, HSBC Bank USA, Formerly known as Midland Bank as Successor by Conversion to Marine Bank, NA. the alleged loan was serviced by Chase Home Finance, LLC in a sum in excess of One Hundred Eighty Seven thousand dollars. Concisely, the law offices of Robert E. Weiss Inc., advanced a writing which Attorneys for the law offices of Robert E. Weiss Inc., knew was false, with the intention that Joseph Broadbent rely on the fraud to Joseph Broadbent's detriment. Attorney's Robert E Weiss, Cris A Klingerman, Edward A. Treder, and James T. Lee fraudulent claim was urged under color of an official right. A jury shall determine that Robert E Weiss, Cris A Klingerman, Edward A. Treder, and James T. Lee absolutely violated 18 USC 1961 & 1962 by the fraud and extortion which occurred on June 30th, 2006, were Robert E Weiss, Cris A Klingerman, Edward A. Treder, and James T. Lee and Frances Deane violated their Oaths, the Fair Dept Collections Practices act and committed theft of my property.

### THIRD PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

January 2nd, 2007 First American loanstar trustee services Sheriff Young, Lisa Friedman, Wendy Randall, and Frances Deane, predicate actor Ric Juarez filed a fraudulent security instrument that fraudulently claimed that Joseph Broadbent was indebted to First American lenders advantage Loanstar Mortgage Services LLC, violating their oaths of office, violated my due process rights, made use of the wire, in a sum in excess of One hundred ninety seven thousand Dollar. Concisely, Juarez advanced a writing which Juarez knew was false, with the intention that Joseph Broadbent rely on the fraud to Joseph Broadbent's detriment. Juarez fraudulent claim was urged under color of an official right. A jury shall determine that Juarez absolutely violated 18 USC 1961 & 1962 by the fraud and extortion which occurred on January 2, 2007 noticed of trustee sale.

### FOURTH PREDICATE ACT IN VIOLATION OF 18 USC 1961 & 1962:

March 20, 2007 William D. Jansen and Stephanie L. Cooper, predicate actor, conspired to do theft by filing fraudulent instrument's that fraudulently claimed that Joseph Broadbent was indebted to HSBC BANK, US, NA in a sum in excess of One hundred ninety seven thousand dollars. Concisely, Cooper advanced a writing which Cooper knew was false, with the intention that Joseph Broadbent rely on the fraud to Joseph Broadbent's detriment. Cooper's fraudulent claim was urged under color of an official right. A jury shall determine that Cooper absolutely violated 18 USC 1961 & 1962 by the fraud and extortion which occurred on March 6TH, 2007 In this episode of mischief, Cooper secured Jansen sworn agreement to aide and abet in the defrauding of Joseph Broadbent.

## FIFTH PREDICATE ACTS IN VIOLATION THE CONSTITUTION OF THE UNITED STATES AND THE CONSITITION OF NAVADA:

Gary Wilson, Phillip Cordero, Scott McWilliams, Martin Russell, Chrystal

Williams, Tamiko Heritio, Kaysey Chapman, Cindy Rivera, Stephanie L.Cooper, William D. Jansen, Angela Wilcox, Charles D. Harvey, Bill Young, Robb Bourne, and Richard Korbel violated their Oaths of office, participated in fraudulent activities misuse of the wire, commit mail fraud, violated the fair debt collection practices act, violated RESPA and absolutely violated 18 USC 1961 and 1962 by fraud and extortion.

*The constitutional oath of office is important enough that the first official act of Congress in 1789 set requirements for the oath in place. See I Stat. 23. The Constitution of the United States mandates a constitutional oath of office in Article VI, Clause 3. The requirement for civil commissions is in Article 11 § .2 Clause ₁ of the Constitution.*

***Requirements* for** *civil commissions were particularized in Marbury v. Madison , 5 U.S. 137, 2 L. Ed. 60, 1 Cranch 137 (1803), and United, States v. Le Baron, 60 U .S. 73 (1856),*

*Requirements for surety bonds arise from common law doctrine and statutory law. See particularly, 26 USC § 6803. 7101. 7102 & 7485. 26 CRF §§ 301.7101-1 & 301.7102-1 and 31 USC § 9303.*

# ARTICLE. 15.

Section 2. **Oath of office.** Members of the legislature, and all officers, executive, judicial and ministerial, shall, before they enter upon the duties of their respective offices, take and subscribe to the following oath:

I, ................., do solemnly [solemnly] swear (or affirm) that I will support, protect and defend the constitution and government of the United States, and the constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of ................., on which I am about to enter; (if an oath) so help me God; (if an affirmation) under the pains and penalties of perjury.

[Amended in 1914. Proposed and passed by the 1911 legislature; agreed to and passed by the 1913 legislature; and approved and ratified by the people at the 1914 general election. See: Statutes of Nevada 1911, p. 458; Journal of the Assembly, 26th Session, p. 20 and Journal of the Senate, 26th Session, p. 37.]

NRS 282.010 Oaths and official bonds of officers; when term of office begins.
1. Members of the Legislature and all officers, executive, judicial and ministerial, shall, before entering upon the duties of their respective offices, provide the official bond required by law, when such bond shall be required, and take and subscribe to the official oath.
2. All officers elected, except Senators and members of the Assembly, shall qualify, and execute and deliver their official bonds when required, as provided in this section, prior to the Tuesday after the first Monday in January ensuing their election.
3. All officers appointed to fill vacancies, in the cases provided by law, shall qualify and give bond when required, within 30 days from the time of their appointment.
4. The term of office of all officers, elected or appointed, shall begin from the time of their qualification, unless some other express provision is made by law.
[22:108:1866; B § 2620; BH § 1657; C § 1803; RL § 2786; NCL § 4786]
NRS 282.020 Form of official oath. Members of the Legislature and all officers,

executive, judicial and ministerial, shall, before they enter upon the duties of their respective offices, take and subscribe to the following oath:

I, ..........................., do solemnly swear (or affirm) that I will support, protect and defend the Constitution and Government of the United States, and the Constitution and government of the State of Nevada, against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance and loyalty to the same, any ordinance, resolution or law of any state notwithstanding, and that I will well and faithfully perform all the duties of the office of ................, on which I am about to enter; (if an oath) so help me God; (if an affirmation) under the pains and penalties of perjury.
[1:185:1915; 1919 RL § 2891; NCL § 4925]

OFFICIAL BONDS: GENERAL PROVISIONS
NRS 282.040 Form. All official bonds required by law of officers shall be:
1. In form joint and several.
2. Made payable to the State of Nevada.
3. In such penal sum and with such conditions as may be required by law.
[1:135:1865; B § 2917; BH § 1738; C § 1892; RL § 2868; NCL § 4890]
NRS 282.050 Bond in force during term of office; effect of subsequent law; conditions.
1. Every official bond executed by any officer pursuant to law shall be deemed and taken to be in force, and shall be obligatory upon the principal and sureties thereon for any and all breaches of the condition or conditions thereof committed during the time such officer shall continue to discharge any of the duties of or hold such office.
2. Every such bond shall be deemed to be in force and obligatory upon the principal and sureties thereon for the faithful discharge of all duties which may be required of such officer by any law enacted subsequently to the execution of such bond, and such condition shall be expressed therein.
[2:135:1865; B § 2918; BH § 1739; C § 1893; RL § 2869; NCL § 4891]
NRS 282.060 Bond for benefit of injured or aggrieved person; action on bond without assignment.
1. Every official bond executed by any officer pursuant to law shall be in force and obligatory upon the principal and sureties thereon, to and for the State of Nevada, and to and for the use and benefit of all persons who may be injured or aggrieved by the wrongful act or default of such officer in his official capacity.
2. Any person so injured or aggrieved may bring suit on such bond, in his or her own name, without an assignment thereof.
[3:135:1865; B § 2919; BH § 1740; C § 1894; RL § 2870; NCL § 4892]
NRS 282.070 Defects in bond immaterial. Whenever any official bond shall not contain the substantial matter, or condition or conditions, required by law, or there shall be any defect in the approval or filing thereof, such bond shall not be void so as to discharge such officer and his sureties, but they shall be bound to the State or party interested, and the State or such party may, by action instituted in any court of competent jurisdiction, suggest the defect of such bond, or such approval or filing, and recover his proper and equitable demand or damages from such officer, and the person or persons who intended to become and were included in such bond as sureties.

[4:135:1865; B § 2920; BH § 1741; C § 1895; RL § 2871; NCL § 4893]
NRS 282.080 Approval, filing and recording of official bonds. The official bonds
of officers shall be approved and filed as follows:
1. The official bond of the State Treasurer shall be approved by the Governor,
and filed and recorded in the Office of the Secretary of State.
2. The official bonds of all county and township officers shall be approved by the
board of county commissioners, and filed and recorded in the office of the county
clerk of their respective counties, except:
(a) That the bond of the county clerk shall be filed and recorded in the office of
the county recorder of the proper county; and
(b) That where the county clerk is ex officio county recorder his bond shall be
filed, recorded and deposited for safekeeping in the manner provided in NRS
246.020.
[5:135:1865; B § 2921; BH § 1742; C § 1896; RL § 2872; NCL § 4894] + [Part
1:66:1891; C § 2352; RL § 2887; NCL § 4914]—(NRS A 1965, 33; 1975, 340)


        Certain public officials are participating in racketeering type activities, by
knowingly violating their oaths of office, intentionally not having the proper
qualifications as required to the Constitution of the United States and the
Constitution of the State of Nevada, participating in fraudulent activities, criminal
activities and constitutional violations.

## Affidavit

I, Joseph Broadbent, of age and competent to testify, state as follows based on my own personal knowledge:

1. I was contacted by Stephanie L. Cooper about February 8, 2007. Cooper alleged that I owed her a large sum of money, but in the time since, has refused to document and verify that I owe her, HSBC BANK, USA, NA, or Cooper Castle Law Firm LLP money.

2. February 8th, 2007, Stephanie L. Cooper falsely alleged that HSBC BANK, USA, NA had a claim against me and had authority to sue in Your State courts.

3. February 8th, 2007 Stephanie L. Cooper falsely alleged that although she was attorney of record for HSBC BANK, USA, NA, she was not their agent for service of process.

4. February 8th, 2007 Stephanie L. Cooper falsely alleged that a party who had no personal knowledge of the business records of HSBC BANK, USA, NA could testify competently about BANK NAME'S records.

5. February 8th, 2007 Stephanie L. Cooper secured agreement from William D. Jansen that Jansen would help Cooper defraud me.

6. February 8th, 2007 Stephanie L. Cooper made thinly veiled threats to the effect that he was out to get me.

7. As a result of the harassment of Cooper and Cooper's repeated attempts to extort money and property from me and because of Cooper's dissemination of false information about my finances, I have been deprived of business opportunities and been damaged in my business enterprises.

All rights reserved

_Joseph J Broadbent_
Joseph J Broadbent

State of Nevada                    INDIVIDUAL ACKNOWLEDGMENT
County of Clark

Before me, the undersigned, a Notary Public in and for said County and State on this _24_ day of _APRIL_, 2007, personally appeared _JOSEPH J. BROADBENT_ to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act. Given under my hand and seal the day and year last above written.

My commission expires _NOV. 12, 2008_

_Sheila R. Johnson_ Notary
**Public**

SHEILA R. JOHNSON
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 00-65604-1
MY APPT. EXPIRES NOV 12, 2008

Plaintiffs' RICO case statement detailing the racketeering enterprise, the predicate acts of racketeering, and the economic purpose

COOPER CASTLE LAW FIRM LLP, is running a racket by taking money and property from parties situated similarly to Joseph Broadbent to satisfy nonexistent "debts." This court shall notice that Joseph Broadbent, in this complaint, has **testified** of injury to property and business by reason of acts which violate section 4 of the Clayton Act. See *Attick v. Valeria Associates, L.P.*, S.D. N.Y. 1992, 835 F. Supp. 103. Joseph Broadbent has articulated violations of racketeering laws, testified that the violations injured both business and property warranting treble damages. See *Avirgan v. Hull*, C.A. 11 (Fla.) 1991, 932 F.2d 1572. In naming Cooper Castle Law Firm LLP, an enterprise to which Stephanie L. Cooper belongs, Joseph Broadbent has established that an enterprise exists which undeniably affects interstate commerce. See *Yellow Bus Lines, Inc. v. Drivers, Chauffeurs & Helpers Local Union 639*, C.A.D.C. 1990, 913 F.2d 948, 286 U.S. App. D.C. 182, certiorari denied 111 S. Ct. 2839, 501 U.S. 1222, 115 L.Ed. 2d 1007. Joseph Broadbent has standing to sue under RICO as Joseph Broadbent has shown violations of RICO, injury to business and property, and causation of the injury by the violations. See *Hecht v. Commerce Clearing House, Inc.* C.A. 2 (N.Y.) 1990, 897 F.2d 21, 100 A.L.R. Fed. 655. Joseph Broadbent has perfected a RICO claim by showing the existence of a RICO enterprise, showing a pattern of racketeering activity: fraud, shown nexus between the defendants and the pattern of frauds, and shown resulting injury to business and property. See *Standard Chlorine of Delaware, Inc. v. Sinibaldi*, D.Del. 1992, 821 F. Supp. 232. Joseph Broadbent has demonstrated that Joseph Broadbent sustained injury as proximate result of the pattern of frauds by the defendants. See *Jordan v. Herman*, F.D. Pa. 1992, 792 F. Supp. 380. Stephanie L. Cooper's membership in the enterprise, Cooper Castle Law Firm LLP, empowers Cooper to do illicit business benefiting Cooper Castle Law Firm LLP,. directly and indirectly. Cooper Castle Law Firm LLP is able to recoup and profit by HSBC BANK, USA, NA, investment affecting interstate commerce. See *Nassau-Suffolk Ice Cream, Inc. v. Integrated Resources, Inc.* S.D.N.Y. 1987, 114 F.R.D. 684. Joseph Broadbent clearly articulated being Cooper's target of extortion and resulting business loses. See *Polletier v. Zweifel*, C.A. 11 (Ga.) 1991, 921 F.2d 1465, rehearing denied 931 F.2d 901, certiorari denied 112 S.Ct. 167, 502 U.S. 855, 116 L.Ed. 131. The cause-in-fact that but for the subsidiary of the enterprise member, Stephanie L. Cooper, Joseph Broadbent would have his money and his business would not have incurred tangible losses is sufficient to state factual causation for provision of RICO act providing for treble damages. See *Khurana v. Innovative Heath Care Systems, Inc.*, C.A. 5 (La.) 1997, 130 F.3d 143, vacated 119 S.Ct. 442, 525 U.S. 979, 142 L.Ed. 2d 397, on remand 164 F.3d 900. Joseph Broadbent's reliance on traditional principles of proximate causation applying to RICO cases is illustrated in the well pleaded, testimony that Joseph Broadbent was the target of extortion and his business interfered with by predicate acts of the defendants. See *In re American Honda Motor Co., Inc. Dealership Relations Litigation*, D.Md. 1996, 941 F.Supp. 528. There exists an undeniable relationship between the acts of the defendants and the damage

to property and business interests of Joseph Broadbent. See *Red Ball Interior Demolition Corp. v. Palmadessa*, S.D.N.Y.1995, 908 F. Supp. 1226. The damage caused by the defendants was the natural and reasonably foreseeable consequence of the frauds promulgated by the defendants. See *Protter v. Nathan's Famous Systems, Inc.* E.D. N.Y. 1995, 904 F.Supp. 101. The fraud by the defendants was the legal cause of Joseph Broadbent being the target of extortion, his business interests being interfered with, and related damages. See *Prudential Ins. Co. of America v. U.S. Gypsum Co.* D.N.J. 1993, 828 F. Supp. 287. The enterprise, HSBC BANK, USA, NA is evident to a high degree and it is also evident to a high degree that associates such as Stephanie L. Cooper act as a continuing unit. See *Compagnie de Reassuarance D'lle de France v. New England Reinsurance Corp.* D. Mass. 1993, 825 F. Supp. 370. It is undeniable that Cooper Castle Law Firm LLP receives money for defrauding parties such as Joseph Broadbent and Cooper Castle Law Firm LLP receipts and compensation to collateral enterprises represents their necessary investment in the class of business to which Cooper Castle Law Firm LLP belongs for the continuing privilege of, in the vernacular, continuing to rip people off in phony, sham proceedings. See *Grand Cent. Sanitation, Inc. v. First Nat. Bank of Palmerton*, M.D.Pa. 1992, 816 F.Supp. 299. Undeniably, the defendants have used the courts for purposes of fraud and extortion. Cooper's pattern of attacks on Joseph Broadbent is but one of many of examples of fraud by Cooper Castle Law Firm LLP and other enterprises similarly constituted.

## Remedy sought and prayer for relief

The Federal District Court has a duty to order the dissolution of HSBC BANK, USA, NA and Cooper Castle Law Firm LLP under authority of 18 USC 1964(a). The Federal District Court is empowered to order treble damages as remedial to the racketeering activities of "RICO" enterprises and their constituent members. A jury's determination that Cooper Castle Law Firm LLP by and through Stephanie L. Cooper and William D. Jansen Judge has engaged in a pattern of frauds rising to a level of racketeering requires this court's order to HSBC BANK, USA, NA and Cooper Castle Law Firm LLP to dissolve and cease operations. A jury's determination that Cooper Castle Law Firm LLP., by and through Stephanie L. Cooper and William D. Jansen Judge, committed or aided and abetted two or more predicate acts of fraud resulting in defrauding Joseph Broadbent and others similarly situated of property and business interests justly requires ordering HSBC BANK, USA, NA, Cooper Castle Law Firm LLP, and Stephanie L. Cooper and William D. Jansen Judge to compensate all parties in a sum not less than three times the collective sums of property and losses to businesses of all who are similarly situated.
TRIAL BY JURY DEMANDED

Prepared and submitted by:

By: _____
Joseph J. Broadbent

# PROOF OF SERVICE

I Joe Broadbent to hereby certify, that I filed this RICO Action in the U.S. District Court District of Nevada, Las Vegas. I also mailed by US mail to:

Source One Mortgage                          Certified Mail No. 7006 0810 0005
4209 2718
C/o Tamiko Horitio
4510 Arville Ave Suite D
Las Vegas NV 89103

HSBC BANK, USA, NA,                          Certified Mail No. 7006 0810 0005
4209 2725
C/o CHASE HOME FINANCE, LLC
C/o Robb Bourne
10790 Rancho Bernardo Drive
San Diego, CA 92127

First American Lenders Advantage,            Certified Mail No. 7006 0810 0005
4209 2732
C/o Ric Juarez
3 First American Way
Santa Ana, CA 92707

Cooper Castle Law Firm LLP                   Certified Mail No. 7006 0810 0005
4209 2749
820 S. Valley View Rd. Blvd
Las Vegas NV 89107
C/o Stephanie Cooper Herdman
C/o Stephanie L. Cooper
C/o Gary Wilson
C/o D. Scott McWilliam
C/o C Phillip Cordero

Clark County Legal Services Program, Inc Certified Mail No 7006 0810 0005
4209 2756
800 South Eighth St
Las Vegas NV 89101-7051
C/o Robert Fleming
C/o Robert E. Weiss Inc.
C/o Edward A. Treder
C/o Cris A. Klingerman

A Public Official, Records                    Certified Mail No. 7006 0810 0005
4209 2770
Justice Court Las Vegas Township
200 Lewis Ave, Las Vegas NV 89155
C/o William D. Jansen,
C/o Angela Wilcox,
C/o Frances Deane
C/o Richard Korbel

Date: April 23, 2007

Submitted By: _____
                  Joeseph J. Broadbent

UNITED STATES
U.S. District Court
District of Nevada
Southern Division

# 00099655 - JG
April 24, 2007

Code    Case #    Qty    Amount

CIVIL FI 07-541vs    1 @ 350.00
                          350.00 CA

TOTAL÷              350.00

FROM: JOSEPH J BROADBENT
      3080 HEBARD DR
      LV,NV  89121